# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 18-12663 EEB |
| MCC & SERVICES, LLC, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| DANIEL A. HEPNER, | ) | Adv. Proc. No. 19-01151 EEB |
| chapter 7 trustee, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| BIDAL MEZA-ESPINO and JANNET, | ) | |
| Y. ESPINOZA, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER GRANTING MOTION TO APPROVE STIPULATION FOR SALE OF PROPERTY

This matter having come before the Court on the Motion to Approve Stipulation for Sale of Property (the "Motion") filed by Plaintiff Daniel A. Hepner, chapter 7 trustee.  The Court, being duly advised, hereby orders that the relief sought by the Motion should be granted, the Court hereby

ORDERS that the Motion is GRANTED and the Stipulation for Sale of Property attached to the Motion as Exhibit A is approved and made an order of the Court.

Dated this _____ day of August, 2019.

BY THE COURT:

_____
Hon. Elizabeth E. Brown
United States Bankruptcy Judge