# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 18-12663 EEB |
| MCC & SERVICES, LLC, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| DANIEL A. HEPNER, | ) | Adv. Proc. No. 19-01151 EEB |
| chapter 7 trustee, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| BIDAL MEZA-ESPINO and JANNET, | ) | |
| Y. ESPINOZA, | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

The undersigned certifies that on August 13, 2019, I served by United States first-class mail postage prepaid, or electronically through CM/ECF where indicated, a copy of the Motion to Approve Stipulation for Sale of Property, and proposed order on all parties against whom relief is sought and those otherwise entitled to service pursuant to the Fed. R. Bankr. P. and the L.B.R. at the following addresses:

Michael P. Sasin
msasinlaw@gmail.com

                                            */s/ Dorelia E. Tackett*
                                            For Wadsworth Garber Warner Conrardy, P.C.