# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: | |
| MCC & SERVICES, LLC, | Case No. 18-12663 EEB |
| | Chapter 7 |
| Debtor. | |
| | |
| DANIEL A. HEPNER, chapter 7 trustee, | Adv. Proc. No. 19-01151 EEB |
| Plaintiff, | |
| v. | |
| BIDAL MEZA-ESPINO and JANNET Y. ESPINOZA, | |
| Defendants. | |

## MOTION TO DISMISS ADVERSARY PROCEEDING WITH PREJUDICE

Plaintiff Daniel A. Hepner, chapter 7 trustee (the "Trustee"), by and through his counsel Wadsworth Garber Warner Conrardy, P.C., respectfully moves the Court to dismiss this adversary proceeding with prejudice. In support of the motion, the Trustee states as follows:

1. The parties resolved this matter by agreement, which agreement was approved by the Court in the underlying bankruptcy case on February 28, 2020.

2. The parties' settlement agreement provides that the Trustee will seek dismissal of the within proceeding upon receipt and clearance of the settlement payment.

3. The Trustee has received the settlement payment provided for in the Settlement Agreement and it has cleared the Trustee's account.

4. The Trustee therefore seeks dismissal of this Adversary Proceeding with prejudice, each party to bear its own attorney fees and costs.

WHEREFORE, the Trustee respectfully requests that the Court dismiss this adversary proceeding with prejudice, and for such other and further relief as this Court deems appropriate.

DATED this 26th day of May, 2020.

        Respectfully submitted,

        WADSWORTH GARBER WARNER CONRARDY, P.C.

        */s/ Aaron J. Conrardy*
        Aaron J. Conrardy, #40030
        2580 West Main Street, Suite 200
        Littleton, Colorado 80120
        (303) 296-1999 /Fax: (303) 296-7600
        aconrardy@wgwc-law.com
        *Attorney for Plaintiff Daniel A. Hepner, chapter 7 trustee*

## CERTIFICATE OF SERVICE

I do hereby certify that on the 26th day of May, 2020, I served a true and correct copy of the **MOTION TO DISMISS ADVERSARY PROCEEDING WITH PREJUDICE** via United States mail, postage prepaid thereon, to those persons listed below:

Michael P. Sasin
Msasinlaw@gmail.com

        */s/ Angela Garcia*
        Paralegal
        For Wadsworth Garber Warner Conrardy, P.C.